# COMMON LAW INTELLECTUAL PROPERTY OF WORLD WRESTLING ENTERTAINMENT, INC.

## DESIGNS






Exhibit 2 to Complaint






Exhibit 2 to Complaint






Exhibit 2 to Complaint


REBORN
BY FATE
FROM ASHES TO
EMPIRE
BRET HART
HITMAN
TWISTED
BLISS
Rated
R
Superstar
N
TAKE
OVER
N
T

**COMMON LAW INTELLECTUAL PROPERTY**
**OF WORLD WRESTLING ENTERTAINMENT, INC.**

## WORD MARKS

| | |
|---|---|
| 100% BAD LASS | MR. WRESTLEMANIA |
| AJ STYLES | NAKAMURA |
| AMBROSE ASYLUM | NATURE BOY |
| ANDRE THE GIANT | NEW DAY POPS |
| APEX PREDATOR | NO AUTOGRAPHS PLEASE |
| ATTITUDE ADJUSTMENT | ONE VERSUS ALL |
| BAD NEWS BARRETT | OUTTA NOWHERE |
| BARON CORBIN | PAWS OUT, CLAWS OUT |
| BAYLEY'S GONNA HUG YOU | PYTHON POWER |
| BEAST FOR BUSINESS | RAISE YOUR LIMITS |
| BEAST INCARNATE | RAW IS JERICHO |
| BIG CASS | REBORN BY FATE |
| BIG E | RESPECT EARN IT |
| BOLIEVE | RIOTT SQUAD |
| BRET HART | RISE ABOVE |
| BRIE MODE | RISE ABOVE HATE |
| BRUTUS THE BARBER BEEFCAKE | RKO |
| BULLETPROOF | ROMAN EMPIRE |
| BURN IT DOWN | RONDA ROUSEY |
| CAN I GET A HUG | ROWDY |
| CATCH YOUR BREATH | SANITY |
| CEREBRAL ASSASSIN | SAWFT |
| CERTIFIED G | SGT. SLAUGHTER |
| DEADMAN INC. | SPARE NO ONE, SPEAR EVERYONE |
| DELETE | SPLX-CTY |
| DIAMOND DALLAS PAGE | STAY FEARLESS |
| DIRTY DEEDS | STEP UP OR STEP ASIDE |
| DO THE WORK | STEPH FOR BUSINESS |
| DOWN SINCE DAY ONE | STING |
| DOWN WITH THE MACHINE | STRONG STYLE |
| EARN IT | STYLIN & PROFILIN |
| EAT SLEEP CONQUER REPEAT | SUPLEX CITY |
| FADE TO BLACK | TAKING SOULS AND DIGGING HOLES |
| FASHION PATROL | TAPOUT |
| FEARLESS | TEDDY LONG |
| FEARLESS NIKKI | TEXAS RATTLESNAKE |
| FEED ME MORE | THAT DAMN GOOD |
| FEEL THE GLOW | THAT'S WHAT I DO |
| FEEL THE POWER | THE ARCHITECT |

| FIGHT OWENS FIGHT | THE ARTIST |
|---|---|
| FROM ASHES TO EMPIRE | THE BAR |
| GLORIOUS HAS ARRIVED | THE CHAMP IS HERE |
| HELL YEAH | THE HOUSE THAT AJ BUILT |
| HERE COMES THE MONEY | THE LEGIT BOSS |
| HIT HARD HIT OFTEN | THE NEW FACE OF FEAR |
| HITMAN | THE SHOWSTOPPER |
| HOT ROD | THE ULTIMATE THRILL RIDE |
| HUG LIKE A CHAMP | TO BE THE MAN |
| I AM PHENOMENAL | TOP GUYS |
| I BRING THE FIGHT | TOTALLY FEARLESS |
| I'M A HUGGER | TWISTED BLISS |
| I'M AWESOME | TWO WORDS |
| I'M THE BOSS | U CAN'T SEE ME |
| IN SHANE WE TRUST | UNDISPUTED ERA |
| IRON FIST, IRON RULE | UNSTABLE |
| IT'S FEEDING TIME | UP UP DOWN DOWN |
| IT'S MY YARD | VENGEANCE UNEARTHED |
| IT'S TOO BAD I'M TOO GOOD | VENOM IN MY VEINS |
| IT'S TRUE IT'S TRUE | WALK WITH ELIAS |
| JAKE THE SNAKE ROBERTS | WHO WHO WHO |
| JIM ROSS | WM |
| JOHNNY WRESTLING | WM34 |
| KEEP CALM AND NEVER GIVE UP | WOKEN |
| KO | WOO DAT |
| KURT ANGLE | WOOOOO DAT |
| LAYETH THE SMACKDOWN | YES YES YES |
| LEGIT BOSS | YOKOZUNA |
| LITTLE MISS BLISS | YOU CAN'T STOP ME |
| LOSING STREAK | YOU KNOW IT |
| MACHO MAN | MONSTER AMONG US |
| MACHO MAN RANDY SAVAGE | MONSTER OF ALL MONSTERS |