# WWE TOUR SCHEUDLE (APRIL 2018 - MARCH 2019)

### ***ALL DATES SUBJECT TO CHANGE***

| Date | Venue |
| --- | --- |
| 04/11/2018 | Full Sail University ,Orlando,FL |
| 04/13/2018 | Venice Community Center,Venice,FL |
| 04/14/2018 | Cocoa Armory,Cocoa Beach,FL |
| 04/16/2018 | XL Center,Hartford,CT |
| 04/17/2018 | Dunkin Donuts Center ,Providence,RI |
| 04/19/2018 | The Anthem ,Washington,DC |
| 04/19/2018 | Sanford Civic Center,Sanford,FL |
| 04/20/2018 | Sands Event Center,Bethlehem,PA |
| 04/20/2018 | Jacksonville Armory,Jacksonville,FL |
| 04/21/2018 | Freedom Hall,Johnson City,TN |
| 04/21/2018 | Havert L. Fenn Center,Fort Pierce ,FL |
| 04/21/2018 | APG Federal Credit Union Arena,Bel Air,MD |
| 04/22/2018 | Mckenzie Arena @ UTC,Chattanooga,TN |
| 04/22/2018 | Cambria County War Memorial Arena - NXT,Johnstown,PA |
| 04/23/2018 | Scottrade Center,St. Louis,MO |
| 04/23/2018 | E.A. Diddle Arena,Bowling Green,KY |
| 04/24/2018 | KFC Yum Center,Louisville,KY |
| 04/26/2018 | Englewood Neighborhood Center,Orlando,FL |
| 04/27/2018 | MLK Center,Gainesville,FL |
| 04/28/2018 | Minnreg Hall,Largo,FL |
| 05/03/2018 | Bartow Armory,Bartow,FL |
| 05/04/2018 | Crystal River Armory,Crystal River,FL |
| 05/05/2018 | Midtown Cultural & Education Center,Daytona Beach,FL |
| 05/06/2018 | Prudential Center,Newark,NJ |
| 05/07/2018 | PPL Center,Allentown,PA |
| 05/07/2018 | Nassau Coliseum,Uniondale,NY |
| 05/08/2018 | Royal Farms Arena,Baltimore,MD |
| 05/09/2018 | Full Sail University ,Orlando,FL |
| 05/10/2018 | Full Sail University ,Orlando,FL |
| 05/11/2018 | Hilton Ocala ,Ocala,FL |
| 05/12/2018 | Citrus Springs Community Center,Dunnellon,FL |

Exhibit 3 to Complaint

| Date | Venue |
|---|---|
| 05/17/2018 | Lakeland Armory,Lakeland,FL |
| 05/17/2018 | The Criterion,Oklahoma City,OK |
| 05/18/2018 | Jacksonville Armory,Jacksonville,FL |
| 05/18/2018 | South Side Ballroom,Dallas,TX |
| 05/19/2018 | Aztec Theatre,San Antonio,TX |
| 05/19/2018 | Venice Community Center,Venice,FL |
| 05/20/2018 | Revention Music Center,Houston,TX |
| 05/21/2018 | Times Union Center,Albany,NY |
| 05/22/2018 | DCU Center,Worcester,MA |
| 05/24/2018 | Cocoa Armory,Cocoa Beach,FL |
| 05/25/2018 | Minnreg Hall,Largo,FL |
| 05/26/2018 | Englewood Neighborhood Center,Orlando,FL |
| 05/27/2018 | Hampton Coliseum,Hampton,VA |
| 05/28/2018 | The Coliseum,Richmond,VA |
| 05/28/2018 | Crown Coliseum,Fayetteville,NC |
| 05/29/2018 | PNC Arena,Raleigh,NC |
| 05/31/2018 | UACDC Complex,Tampa,FL |
| 06/01/2018 | Highlands Today Center,Sebring ,FL |
| 06/01/2018 | Rapides Coliseum,Alexandria,LA |
| 06/02/2018 | Raising Cane's River Center ,Baton Rouge,LA |
| 06/02/2018 | Extraco Events Center,Waco,TX |
| 06/02/2018 | Havert L. Fenn Center,Fort Pierce ,FL |
| 06/03/2018 | Lake Charles Civic Center,Lake Charles,LA |
| 06/03/2018 | College Park Center,Arlington,TX |
| 06/04/2018 | Toyota Center,Houston,TX |
| 06/04/2018 | Laredo Energy Arena,Laredo,TX |
| 06/05/2018 | American Bank Center Arena,Corpus Christi,TX |
| 06/08/2018 | Mississippi St. Fair Coliseum,Jackson,MS |
| 06/09/2018 | Von Braun Civic Center,Huntsville,AL |
| 06/09/2018 | Monroe Civic Center,Monroe,LA |
| 06/10/2018 | CenturyLink Center,Bossier City,LA |
| 06/10/2018 | Bancorpsouth Arena,Tupelo,MS |
| 06/11/2018 | Verizon Arena,North Little Rock,AR |
| 06/11/2018 | First National Bank Arena,Jonesboro,AR |
| 06/12/2018 | Fedexforum,Memphis,TN |
| 06/14/2018 | Broadbent Arena - NXT,Louisville,KY |
| 06/15/2018 | Old National Events Plaza,Evansville,IN |

Exhibit 3 to Complaint

| Date | Venue |
|---|---|
| 06/15/2018 | Peoria Civic Center,Peoria,IL |
| 06/16/2018 | Allstate Arena - NXT,Chicago,IL |
| 06/16/2018 | Dubuque Five Flags Center,Dubuque,IA |
| 06/16/2018 | State Farm Center,Champaign,IL |
| 06/17/2018 | Allstate Arena,Chicago,IL |
| 06/18/2018 | Van Andel Arena,Grand Rapids,MI |
| 06/18/2018 | Allen County War Mem. Coliseum,Fort Wayne,IN |
| 06/19/2018 | Huntington Center,Toledo,OH |
| 06/21/2018 | Full Sail University ,Orlando,FL |
| 06/22/2018 | Venice Community Center,Venice,FL |
| 06/22/2018 | Taco Bell Arena @ Boise State,Boise,ID |
| 06/23/2018 | Maverik Center,Salt Lake City,UT |
| 06/23/2018 | Tingley Coliseum,Albuquerque,NM |
| 06/23/2018 | Minnreg Hall,Largo,FL |
| 06/24/2018 | Honda Center,Anaheim,CA |
| 06/24/2018 | Save Mart Center,Fresno,CA |
| 06/25/2018 | Valley View Casino Center,San Diego,CA |
| 06/25/2018 | Rabobank Arena,Bakersfield,CA |
| 06/26/2018 | Citizens Business Bank Arena,Ontario,CA |
| 06/29/2018 | Rushmore Plaza Civic Center,Rapid City,SD |
| 06/29/2018 | Englewood Neighborhood Center,Orlando,FL |
| 06/30/2018 | Cocoa Armory,Cocoa Beach,FL |
| 06/30/2018 | Bismarck Civic Center,Bismarck,ND |
| 07/01/2018 | Fargodome,Fargo,ND |
| 07/02/2018 | Denny Sanford Premier Center,Sioux Falls,SD |
| 07/03/2018 | CenturyLink Center Omaha,Omaha,NE |
| 07/06/2018 | Wells Fargo Center,Philadelphia,PA |
| 07/07/2018 | Madison Square Garden,New York,NY |
| 07/08/2018 | Webster Bank Arena at Harbor Yard,Bridgeport,CT |
| 07/09/2018 | T.D. Garden,Boston,MA |
| 07/09/2018 | Augusta Civic Center,Augusta,ME |
| 07/10/2018 | SNHU Arena,Manchester,NH |
| 07/13/2018 | Charleston Civic Center Coliseum,Charleston,WV |
| 07/14/2018 | Canton Mem Civic Cntr,Canton,OH |
| 07/14/2018 | Wesbanco Arena,Wheeling,WV |
| 07/15/2018 | PPG Paints Arena,Pittsburgh,PA |
| 07/16/2018 | Santander Arena,Reading,PA |

Exhibit 3 to Complaint

| Date | Venue |
|---|---|
| 07/16/2018 | KeyBank Center,Buffalo,NY |
| 07/17/2018 | Mohegan Sun Arena @ Casey Plaza,Wilkes Barre,PA |
| 07/18/2018 | Full Sail University ,Orlando,FL |
| 07/21/2018 | Chaifetz Arena,St. Louis,MO |
| 07/22/2018 | Eastern KY Expo Center,Pikeville,KY |
| 07/22/2018 | Bank of Springfield Center,Springfield,IL |
| 07/23/2018 | U.S. Bank Arena,Cincinnati,OH |
| 07/23/2018 | SIU Arena,Carbondale,IL |
| 07/24/2018 | Ford Center Evansville,Evansville,IN |
| 07/28/2018 | Wildwoods Convention Center,Wildwood,NJ |
| 07/29/2018 | Westchester County Center,White Plains,NY |
| 07/30/2018 | Amway Center,Orlando,FL |
| 07/30/2018 | Germain Arena,Fort Myers,FL |
| 07/31/2018 | American Airlines Arena,Miami,FL |
| 08/03/2018 | James Brown Arena,Augusta,GA |
| 08/04/2018 | Pensacola Bay Center,Pensacola,FL |
| 08/04/2018 | North Charleston Coliseum,North Charleston,SC |
| 08/05/2018 | Savannah Civic Center,Savannah,GA |
| 08/05/2018 | Albany Civic Center,Albany,GA |
| 08/06/2018 | Stephen C. Oconnell Center,Gainesville,FL |
| 08/06/2018 | Veteran's Memorial Arena,Jacksonville,FL |
| 08/07/2018 | Amalie Arena,Tampa,FL |
| 08/10/2018 | WYCC,Salisbury,MD |
| 08/11/2018 | Norfolk Scope Arena,Norfolk,VA |
| 08/11/2018 | Duplin County Events Center,Kenansville,NC |
| 08/12/2018 | Berglund Center Coliseum,Roanoke,VA |
| 08/12/2018 | Florence Civic Center,Florence,SC |
| 08/13/2018 | Greensboro Coliseum  ,Greensboro,NC |
| 08/13/2018 | Colonial Life Arena,Columbia,SC |
| 08/14/2018 | Bon Secours Wellness Arena,Greenville,SC |
| 08/18/2018 | Barlcays Center NXT,Brooklyn,NY |
| 08/19/2018 | Barclays Center,Brooklyn,NY |
| 08/20/2018 | Barclays Center,Brooklyn,NY |
| 08/21/2018 | Barclays Center,Brooklyn,NY |
| 08/23/2018 | Full Sail University ,Orlando,FL |
| 08/26/2018 | Blue Cross Arena,Rochester,NY |
| 09/01/2018 | Wright State University's Nutter Center ,Dayton,OH |

Exhibit 3 to Complaint

| Date | Venue |
|---|---|
| 09/01/2018 | Mercedez Benz Arena,Shanghai,China |
| 09/02/2018 | Wings Event Center,Kalamazoo,MI |
| 09/03/2018 | Dow Event Center,Saginaw,MI |
| 09/03/2018 | Schottenstein Center,Columbus,OH |
| 09/04/2018 | Little Caesar's Arena,Detroit,MI |
| 09/07/2018 | Garret Coliseum,Montgomery,AL |
| 09/08/2018 | MS Coast Col And Conv. Center,Biloxi,MS |
| 09/09/2018 | Mobile Civic Center,Mobile,AL |
| 09/10/2018 | Smoothie King Center,New Orleans,LA |
| 09/10/2018 | Ford Arena,Beaumont,TX |
| 09/11/2018 | Cajundome,Lafayette,LA |
| 09/16/2018 | AT&T Center,San Antonio,TX |
| 09/17/2018 | Taylor County Coliseum,Abilene,TX |
| 09/17/2018 | American Airlines Center,Dallas,TX |
| 09/18/2018 | Chesapeake Energy Arena ,Oklahoma City,OK |
| 09/20/2018 | Full Sail University ,Orlando,FL |
| 09/23/2018 | Casper Events Center,Casper,WY |
| 09/23/2018 | Budweiser Events Center,Loveland,CO |
| 09/24/2018 | Pepsi Center,Denver,CO |
| 09/24/2018 | World Arena,Colorado Springs,CO |
| 09/25/2018 | Pepsi Center,Denver,CO |
| 10/01/2018 | Key Arena,Seattle,WA |
| 10/01/2018 | Sundome,Yakima,WA |
| 10/02/2018 | Moda Center,Portland,OR |
| 10/07/2018 | Hammond Civic Center,Hammond,IN |
| 10/08/2018 | KFC Yum Center,Louisville,KY |
| 10/08/2018 | Allstate Arena,Chicago,IL |
| 10/09/2018 | Bankers Life Fieldhouse,Indianapolis,IN |
| 10/15/2018 | Wells Fargo Center,Philadelphia,PA |
| 10/16/2018 | Capital One Arena,Washington,DC |
| 10/17/2018 | Full Sail University ,Orlando,FL |
| 10/21/2018 | T.D. Garden,Boston,MA |
| 10/22/2018 | Dunkin Donuts Center ,Providence,RI |
| 10/23/2018 | Prudential Center,Newark,NJ |
| 10/29/2018 | Spectrum Center,Charlotte,NC |
| 10/30/2018 | Philips Arena,Atlanta,GA |
| 11/12/2018 | Sprint Center,Kansas City,MO |

Exhibit 3 to Complaint

| Date | Venue |
|---|---|
| 11/13/2018 | Scottrade Center,St. Louis,MO |
| 11/15/2018 | SJSU Event Center,San Jose,CA |
| 11/16/2018 | Visalia Convention Center - NXT,Visalia,CA |
| 11/17/2018 | Staples Center - NXT,Los Angeles,CA |
| 11/18/2018 | Staples Center,Los Angeles,CA |
| 11/19/2018 | Staples Center,Los Angeles,CA |
| 11/20/2018 | Staples Center,Los Angeles,CA |
| 11/26/2018 | Milwaukee Bucks Arena,Milwaukee,WI |
| 11/27/2018 | Target Center,Minneapolis,MN |
| 11/28/2018 | Full Sail University ,Orlando,FL |
| 12/03/2018 | Toyota Center,Houston,TX |
| 12/04/2018 | Frank Erwin Center,Austin,TX |
| 12/10/2018 | T-Mobile Arena,Las Vegas,NV |
| 12/10/2018 | Valley View Casino Center,San Diego,CA |
| 12/16/2018 | SAP Center ,San Jose,CA |
| 12/17/2018 | Golden 1 Center,Sacramento,CA |
| 12/17/2018 | Stockton Arena,Stockton,CA |
| 12/18/2018 | Save Mart Center,Fresno,CA |
| 12/26/2018 | Allstate Arena,Chicago,IL |
| 12/26/2018 | Madison Square Garden,New York,NY |
| 12/27/2018 | Little Caesar's Arena,Detroit,MI |
| 12/27/2018 | Nassau Coliseum,Uniondale,NY |
| 12/28/2018 | Quickens Loans Arena,Cleveland,OH |
| 12/28/2018 | Royal Farms Arena,Baltimore,MD |
| 12/29/2018 | Key Bank Center,Buffalo,NY |
| 12/29/2018 | PPG Paints Arena,Pittsburgh,PA |
| 12/30/2018 | Amalie Arena,Tampa,FL |
| 1/7/2019 | Bridgestone Arena,Nashville,TN |
| 1/8/2019 | Legacy Arena,Birmingham,AL |
| 1/14/2019 | Fedexforum,Memphis,TN |
| 1/15/2019 | Verizon Arena,North Little Rock,AR |
| 1/21/2019 | American Airlines Center,Dallas,TX |
| 1/22/2019 | American Airlines Center,Dallas,TX |
| 1/26/2019 | Talking Stick Resort Arena,Phoenix,AZ |
| 1/27/2019 | Chase Field,Phoenix,AZ |
| 1/28/2019 | Talking Stick Resort Arena,Phoenix,AZ |
| 1/29/2019 | Talking Stick Resort Arena,Phoenix,AZ |

Exhibit 3 to Complaint

| Date | Venue |
|---|---|
| 2/4/2019 | Moda Center,Portland,OR |
| 2/5/2019 | Tacomadome,Tacoma,WA |
| 2/11/2019 | Centurylink Center,Omaha,NE |
| 2/12/2019 | Wells Fargo Arena,Des Moines,IA |
| 2/18/2019 | Amway Center,Orlando,FL |
| 2/19/2019 | Veteran's Memorial Arena,Jacksonville,FL |
| 2/25/2019 | Philips Arena,Atlanta,GA |
| 2/26/2019 | Thompson/Boling Assembly Arena,Knoxville,TN |
| 3/4/2019 | Wells Fargo Center,Philadelphia,PA |
| 3/5/2019 | Capital One Arena,Washington,DC |
| 3/11/2019 | Key Bank Center,Buffalo,NY |
| 3/12/2019 | Times Union Center,Albany,NY |
| 3/18/2019 | Allstate Arena,Chicago,IL |
| 3/19/2019 | Little Caesar's Arena,Detroit,MI |
| 3/25/2019 | PPG Paints Arena,Pittsburgh,PA |
| 3/26/2019 | Quickens Loans Arena,Cleveland,OH |

Exhibit 3 to Complaint