UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN AND JANE DOES 1-100, and XYZ CORPORATIONS 1-100,<br><br>Defendants. | Civil Action No.:<br><br>**NOTICE TO UNITED STATES ATTORNEY OF APPLICATION FOR <u>EX PARTE</u> SEIZURE ORDER** |

**TO THE UNITED STATES ATTORNEY
FOR THE EASTERN DISTRICT OF LOUISIANA:**

You are hereby notified, pursuant to 15 U.S.C. § 1116(d)(2), that attorneys for the Plaintiff in the above-captioned Action intend to seek an <u>Ex Parte</u> Order for seizure of counterfeit goods as provided by the Lanham Act, 15 U.S.C. § 1116(d).

Copies of the Verified Complaint that will be filed in this Action, and the proposed Seizure Order, are attached hereto as Exhibits 1 and 2, respectively.  You are invited to participate in this matter if you so desire.

Any questions you may have concerning this Action may be directed to attorney Raymond G. Areaux at the address below.

Respectfully Submitted,

WORLD WRESTLING ENTERTAINMENT, INC.

By their attorneys,

/s/ J. Matthew Miller III
Raymond G. Areaux T.A. (#16972)
J. Matthew Miller III (#32594)
Ian C. Barras (#30854)
Carver, Darden, Koretzky, Tessier,
Finn, Blossman & Areaux, LLC
Energy Centre, Suite 3100
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504.585.3803
E-mail: areaux@carverdarden.com


Jerry S. McDevitt (*pro hac vice* motion to be filed)
E-mail: jerry.mcdevitt@klgates.com
Curtis B. Krasik (*pro hac vice* motion to be filed)
E-mail: curtis.krasik@klgates.com
Christopher M. Verdini (*pro hac vice* motion to be filed)
E-mail: christopher.verdini@klgates.com
K&L Gates LLP
K&L Gates Center
210 Sixth Ave.
Pittsburgh, Pennsylvania 15222
Telephone: (412) 355-6500
Facsimile: (412) 355-6501

*Attorneys for Plaintiff, World Wrestling Entertainment, Inc.*

Dated: March 26, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that the within NOTICE TO UNITED STATES ATTORNEY OF MOTION FOR <u>EX</u> <u>PARTE</u> SEIZURE ORDER was served this 26th day of March 2018 by hand delivery upon the United States Attorney for the Eastern District of Louisiana, at the address below:

        U.S. Attorney's Office
        650 Poydras Street, Suite 1600
        New Orleans, Louisiana 70130

                      /s/ J. Matthew Miller III
                      J. Matthew Miller III

301640853 v2

Exhibit 5 to Memorandum