| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P. O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Eastern District of Louisiana___ on the following

☐ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C § 292.):

| DOCKET NO.<br>18-3182, H(4)] | DATE FILED<br>03/26/2018] | U.S. DISTRICT COURT<br>Eastern District of Louisiana, 500 POYDRAS St., Rm C-151, New Orleans, LA 70130 |
|---|---|---|
| PLAINTIFF<br>World Wrestling Entertainment, Inc. | | DEFENDANT<br>Unidentified Parties, et al |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,818,358 | | World Wrestling Entertainment |
| 2 | 2,772,677 | | World Wrestling Entertainment |
| 3 | 2,757,599 | | World Wrestling Entertainment. |
| 4 | 2,754,499 | | World Wrestling Entertainment |
| 5 | 2,870,426 | | World Wrestling Entertainment |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,902,203 | | World Wrestling Entertainment |
| 2 | 2,917,910 | | World Wrestling Entertainment |
| 3 | 3,585,170 | | World Wrestling Entertainment. |
| 4 | 3,585,171 | | World Wrestling Entertainment |
| 5 | 2,772,683 | | WWE |

In the above—entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | WILLIAM W. BLEVINS | March 27, 2018 |

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

Attachment A

Holder of Patent or Trademark is WWE
Trademark No.
2,772,683; 3,056,074; 3,541,936; 4,451,697;
3,538,710; 3,489,357; 3,412,176; 3,412,177;
3,541,956; 3,621,017


Holder of Patent or Trademark is WWE Logos
Trademark No.

4,735,547; 4,731,795; 4,735,546; 4,625,255;
4,727,923; 4,675,657; 4,538,209; 4,689,839;
4,689,835; 4,538,210; 4,614,144; 4,645,471;
4,552,144; 2,757,596; 2,754,495; 2,846,450;
2,799,228; 2,751,436; 2,757,597; 2,765,751;
2,751,437; 4,756,090; 3,412,169; 3,412,170;
3,691,588; 4,220,594; 5,291,266

Holder of Patent or Trademark is Wrestlemania
Trademark No.

1,432,884; 1,863,534; 2,625,125; 2,881,508;
3,351,858; 3,351,859; 3,727,338; 3,727,339;
4,285,112; 4,780,778; 4,923,842; 5,094,698