# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VARIOUS JOHN AND JANE DOES, and VARIOUS XYZ CORPORATIONS, <br><br> Defendants. | Civil Action No.: 2:18-cv-3182 <br> Judge: Milazzo <br> Magistrate: Roby <br><br> **[PROPOSED] ORDER INSTRUCTING CLERK TO ISSUE SUMMONS AS TO UNNAMED DEFENDANTS** |

Based upon Plaintiff's Ex Parte Motion for Order to Clerk of Court as to Issuing Summons in view of Temporary Restraining Order;

**IT APPEARING TO THE COURT** that there exists good cause to issue a single summons as to unnamed defendants.

**IT IS HEREBY ORDERED** that World Wrestling Entertainment, Inc. ("WWE") shall file into the record of this case a request for summons issued as to an unnamed defendant (the "John Doe Summons"), where such summons shall leave empty the name and address field (the "Name/Address Field").

**IT IS FURTHER ORDERED** that the Clerk of Court shall issue the John Doe Summons.

**IT IS FURTHER ORDERED** that, after WWE serves the Verified Complaint and Temporary Restraining Order on an unnamed defendant and provided that the served defendant gives WWE his or her name and address upon service, WWE shall place the name and address of such unnamed defendant in the Name/Address Field.

- 2 -

**IT IS FURTHER ORDERED** that, in the event that WWE is unable to obtain the name and address of any unnamed defendant, WWE shall complete the Name/Address Field as the circumstances may allow.

**IT IS FURTHER ORDERED** that WWE has the right to copy the summons as needed to serve on multiple unnamed defendants and shall, in a reasonable manner, return all completed summons to the court and amend the Verified Complaint in accordance with the served summons.

Dated:  April  ___, 2018

_____<br>
U.S.D.J.

4817-7695-7280, v. 1