UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>VARIOUS JOHN AND JANE DOES, and VARIOUS XYZ CORPORATIONS,<br><br>Defendants. | Civil Action No.: 2:18-cv-3182<br>Judge: Milazzo<br>Magistrate: Roby<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AND REQUEST FOR RELEASE OF TEMPORARY RESTRAINING ORDER BOND** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff World Wrestling Entertainment, Inc. ("WWE"), by and through its undersigned counsel, hereby files this Notice of Dismissal Without Prejudice in the above-captioned matter. In support hereof, WWE states that Defendants remain unidentified, have not been served with the Complaint or Temporary Restraining Order, and have not appeared or served an answer or other responsive pleading in this case.

Having dismissed the above-captioned matter without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and no Defendants having been served, WWE respectfully requests that the Court enter an order releasing the $5,000 Temporary Restraining Bond (Bond No. 106818686) that WWE filed on April 4, 2018 (Dkt. 10).

A proposed Order is submitted herewith.

Dated: April 13, 2018      Respectfully submitted,

WORLD WRESTLING ENTERTAINMENT, INC.

   /s/ J. Matthew Miller III
Raymond G. Areaux T.A. (#16972)
J. Matthew Miller III (#32594)
Ian C. Barras (#30854)

301821228 v1

Carver, Darden, Koretzky, Tessier,
Finn, Blossman & Areaux, LLC
Energy Centre, Suite 3100
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504.585.3803
E-mail: areaux@carverdarden.com


Jerry S. McDevitt (*pro hac vice* motion to be filed)
E-mail: jerry.mcdevitt@klgates.com
Curtis B. Krasik (*pro hac vice* motion to be filed)
E-mail: curtis.krasik@klgates.com
Christopher M. Verdini (*pro hac vice* motion to be filed)
E-mail: christopher.verdini@klgates.com
K&L Gates LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Telephone: (412) 355-6500
Facsimile: (412) 355-6501
*Attorneys for Plaintiff*