# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

WORLD WRESTLING
ENTERTAINMENT, INC.,

        Plaintiff,

  vs.

VARIOUS JOHN AND JANE DOES,
and VARIOUS XYZ CORPORATIONS,

        Defendants.

Civil Action No.: 2:18-cv-3182
Judge: Milazzo
Magistrate: Roby

## [PROPOSED] ORDER RELEASING BOND NUMBER 106818686

Plaintiff in the above styled and numbered cause of action has filed a Notice of Dismissal

Without prejudice pursuant to Rule 41(a)(1)(A)(i).  Accordingly, it is hereby **ORDERED** that

Bond Number 106818686 filed on April 4, 2018 (Dkt. 10) is hereby **RELEASED**.

_____
UNITED STATES DISTRICT JUDGE

301821228 v1