UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>VARIOUS JOHN AND JANE DOES, and VARIOUS XYZ CORPORATIONS,<br><br>  Defendants. | Civil Action No.: 2:18-cv-3182<br>Judge: Milazzo<br>Magistrate: Roby |

### ORDER RELEASING BOND NUMBER 106818686

Plaintiff in the above styled and numbered cause of action has filed a Notice of Dismissal Without prejudice pursuant to Rule 41(a)(1)(A)(i). Accordingly, it is hereby **ORDERED** that Bond Number 106818686 filed on April 4, 2018 (Dkt. 10) is hereby **RELEASED**.

**FURTHER ORDERED** that this matter is hereby DISMISSED WITHOUT PREJUDICE.

Signed this 16th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE

301821228 v1