| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P. O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Eastern District of Louisiana___ on the following

☒ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 18-3182, H (4) | 03/26/2018 | Eastern District of Louisiana, 500 POYDRAS St., Rm C-151, New Orleans, LA 70130 |

| PLAINTIFF | DEFENDANT |
|---|---|
| World Wrestling Entertainment, Inc. | John Doe, et al |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,818,358 | | World Wrestling Entertainment |
| 2 | 2,772,677 | | World Wrestling Entertainment |
| 3 | 2,757,599 | | World Wrestling Entertainment. |
| 4 | 2,754,499 | | World Wrestling Entertainment |
| 5 | 2,870,426 | | World Wrestling Entertainment |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,902,203 | | World Wrestling Entertainment |
| 2 | 2,917,910 | | World Wrestling Entertainment |
| 3 | 3,585,170 | | World Wrestling Entertainment. |
| 4 | 3,585,171 | | World Wrestling Entertainment |
| 5 | See Attachments | for other trademarks | |

In the above—entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGMENT

Plaintiff in the above styled and numbered cause of action has filed a Notice of Dismissal Without prejudice pursuant to Rule 41(a)(1)(A)(i). Accordingly, it is hereby **ORDERED** that Bond Number 106818686 filed on April 4, 2018 (Dkt. 10) is hereby **RELEASED**. **FURTHER ORDERED** that this matter is hereby DISMISSED WITHOUT PREJUDICE.

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| WILLIAM W. BLEVINS | *Eric Mouledous* (signature) | April 16, 2018 |