Attachment A

Holder of Trademark is WWE Trademark No.
2,772,683; 3,056,074; 3,541,936; 4,451,697;
3,538,710; 3,489,357; 3,412,176; 3,412,177;
3,541,956; 3,621,017

Holder  Trademark is WWE Logos Trademark No.

4,735,547;   4,731,795;   4,735,546;   4,625,255;
4,727,923;   4,675,657;   4,538,209;   4,689,839;
4,689,835;   4,538,210;   4,614,144;   4,645,471;
4,552,144;   2,757,596;   2,754,495;   2,846,450;
2,799,228;   2,751,436;   2,757,597;   2,765,751;
2,751,437;   4,756,090;   3,412,169;   3,412,170;
3,691,588; 4,220,594; 5,291,266

Holder of Trademark is Wrestlemania Trademark No.

1,432,884;   1,863,534;   2,625,125;   2,881,508;
3,351,858;   3,351,859;   3,727,338;   3,727,339;
4,285,112; 4,780,778; 4,923,842; 5,094,698

# WWE TRADEMARKS PENDING/REGISTERED WITH
# THE UNITED STATES PATENT AND TRADEMARK OFFICE ("U.S. PTO")

| MARK | REG/ SERIAL#(s) | MARK | REG/ SERIAL#(s) |
|---|---|---|---|
| W (logo) | 4,735,547; 4,731,795; 4,735,546; 4,625,255; 4,727,923; 4,675,657; 4,538,209; 4,689,839; 4,689,835; 4,538,210; 4,614,144; 4,645,471; 4,552,144; 86/139,905 | NXT (logo) | 4,687,331 |
| W (Color Version) | 4,645,471 | NXT (logo) | 4,032,288; 77/930,230 |
| WWE | 2,772,683; 3,056,074; 3,541,936; 4,451,697; 3,538,710; 3,489,357; 3,412,176; 3,412,177; 3,541,956; 3,621,017 | RAW | 3,960,447 |
| WORLD WRESTLING ENTERTAINMENT | 2,818,358; 2,772,677; 2,757,599; 2,754,499; 2,870,426; 2,902,203; 2,917,910; 3,585,170; 3,585,171 | RAW | 78/124,901 |
| WRESTLEMANIA | 1,432,884; 1,863,534; 2,625,125; 2,881,508; 3,351,858; 3,351,859; 3,727,338; 3,727,339; 4,285,112; 86/456,620 | HUSTLE LOYALTY RESPECT CENA APPROVED (logo) | 4,871,102 |
| WRESTLEMANIA (logo) | 4,285,112 | nWo new world order | 2,968,039 |
| W (Color Version) | 3,691,588 4,220,594 | U C ME | 86/886,600 |
| W (logo) | 2,757,596; 2,754,495; 2,846,450; 2,799,228; 2,751,436; 2,757,597; 2,765,751; 2,751,437; 4,756,090; 3,412,169; 3,412,170 | (Ultimate Warrior mask) | 86/900,547; 86/900,564; 86/900,534; 86/900,716 |
| NXT (logo) | 86/670,933; 86/671,063 | WWF | 1,574,169; 1,348,618 |
| W (logo) | 3,042,792; 3,115,074; 3,473,626 | CRUISERWEIGHT CWC CLASSIC | 87/065,986 |
| AWA American Wrestling Association | 3,627,500; 3,755,039 | W Divas | 4,123,178 |
| B.A. be a STAR | 4,593,423; 85/708,147 | (mask logo) | 87102202 |

1

Exhibit 1 to Complaint

| MARK | REG/ SERIAL#(s) | MARK | REG/ SERIAL#(s) |
|---|---|---|---|
| [CENA logo] | 86/341,786; 86/348,537; 86/348,567; 86/348,577 | [WCW logo] | 4,865,510 |
| [logo] | 86/341,769; 86/341,802; 86/341,811; 86/348,587 | [WWE Network logo] | 4,614,144 |
| [logo] | 3,720,155; 86/501,868; 86/501,883 | [WWE logo] | 4,552,144 |
| [FCW Florida Championship Wrestling logo] | 4,031,024 | [WWE Kids logo] | 3,894,082 |
| [logo] | 86/704,224; 86/704,311; 86/704,296; 86/704,322; 86/704,159 | [Southpaw Regional Wrestling logo] | 87/381,426 |
|  |  |  |  |
|  |  |  |  |
| **619** | 4,675,811 | **LEAGUE OF NATIONS** | 86/835,228; 86/835,579 |
| **ADAM ROSE** | 86/425,743 | **LEGEND KILLER** | 3,759,319; 3,276,609 |
| **ALBERTO DEL RIO** | 4,328,835; 4,332,424 | **LEGENDARY** | 4,436,755 |
| **ALEX RILEY** | 4,594,271 | **LEGION OF DOOM** | 87062660 |
| **ALEXA BLISS** | 87134875 | **LEPRECHAUN: ORIGINS** | 85/584,680 |
| **ALICIA FOX** | 86/090,782 | **LITA** | 86/716,546 |
| **A-LIST** | 4,049,974 | **LUKE GALLOWS** | 87014049 |
| **AMERICAN ALPHA** | 86/855,122 | **LUKE HARPER** | 86/924,992 |
| **AMERICAN WRESTLING ASSOCIATION** | 1,410,887 | **LUNATIC FRINGE** | 86/370,180; 86/370,187; 86/370,179 |
| **ANTONIO CESARO** | 86/269,574 | **MANIA** | 86/557,373 |
| **APOLLO NATION** | 86/721,632 | **MANKIND** | 3,848,186 |
| **ARMAGEDDON** | 2,807,405; 2,801,333 | **MARIA** | 3,752,689 |
| **ASUKA** | 86/753,293 | **MARK HENRY** | 3,752,693 |

| MARK | REG/ SERIAL#(s) | MARK | REG/ SERIAL#(s) |
|---|---|---|---|
| **A-TRAIN** | 3,419,749 | **MARYSE** | 87061776 |
| **AUSTIN 3:16** | 2,313,120; 2,299,461; 2,299,462 | **MEXAMERICAN** | 86/798,849 |
| **AWA** | 1,401,633; 4,863,983; 86/306,286; 86/380,916; 86/943,682; 87/815,817 | **MEXICOOLS** | 3,252,431 |
| **BACKLASH** | 2,642,926; 2,627,703; 2,771,710 | **MICHAEL MCGILLICUTTY** | 4,096,087 |
| **BAD BLOOD** | 3,174,728; 3,199,302 | **MICHAEL TARVER** | 3,934,005 |
| **BALOR CLUB** | 86/583,739 | **MIKE KNOX** | 3,469,661 |
| **BAM NEELY** | 3,720,981 | **MNM** | 3,450,870; 78/606,874 |
| **BATISTA** | 3,084,462; 3,119,128; 3,084,463; 3,404,371 | **MOJO RAWLEY** | 87134923 |
| **BE A STAR** | 4,760,595; 86/899,213 | **MONEY IN THE BANK** | 3,532,434; 3,949,008; 3,949,010; 3,949,009; 4,358,310; 3,945,864 |
| **BECKY LYNCH** | 86/925,632 | **MONTEL VONTAVIOUS PORTER** | 3,731,900 |
| **BE LIKE NO ONE** | 87/365,362; 87/365,023; 87/364,997; 87/364,994 | **MR. MCMAHON** | 3,048,616; 3,419,750 |
| **BELLA TWINS** | 4,809,017 | **MR. PERFECT** | 2,003,188 |
| **BENDING THE RULES** | 4,388,467 | **MVP** | 3,525,024 |
| **BETH PHOENIX** | 3,801,534 | **NAOMI** | 86/429,964 |
| **BEYOND THE RING** | 4,822,923; 86/170,564 | **NATALYA** | 86/086,127 |
| **BIG BOSS MAN** | 3,469,974 | **NATURE BOY** | 3,941,046 |
| **BIG E LANGSTON** | 4,841,827 | **NEVER GIVE UP** | 4,777,712 |
| **BIG RED** | 86/466,331 | **NEVER GIVE UP BY JOHN CENA** | 85/927,376 |
| **BIG SHOW** | 2,696,880; 3,069,207; 3,218,574; 4,014,404; 86/822,412 | **NEVILLE** | 86/683,943 |
| **BLAST AREA** | 2,659,716 | **NEW YEARS REVOLUTION** | 3,298,836 |
| **BOBBY ROODE** | 87214988 | **NIA JAX** | 87134863 |
| **BO DALLAS** | 86/425,734 | **NIGHT OF CHAMPIONS** | 3,589,378; 3,747,410; 3,925,939; 3,747,411 |
| **BODY DONNAS** | 2,220,008 | **NIKKI BELLA** | 86/429,958 |
| **BOOKER T** | 3,234,256; 3,230,536; 3,142,989 | **NOAM DAR** | 87214298 |
| **BOOTS TO ASSES** | 4,838,528 | **NO MERCY** | 2,757,508; 2,803,552; 4,616,254 |

Exhibit 1 to Complaint

| MARK | REG/ SERIAL#(s) | MARK | REG/ SERIAL#(s) |
|---|---|---|---|
| **BOOTY O** | 86/939,876; 86/939,871 | **NO WAY JOSE** | 86/868,289 |
| **BRAD MADDOX** | 86/429,985 | **NO WAY OUT** | 2,453,023; 2,625,121; 4,388,956 |
| **BRADSHAW** | 2,939,820 | **NVRGVUP** | 2,341,582; 3,176,335 |
| **BRAUN STROWMAN** | 86/925,015 | **NWO** | 2,120,098; 2,120,099 |
| **BRAY WYATT** | 86/665,296 | **NWO NEW WORLD ORDER** | 2,972,641; 2,993,019; 4,875,586 |
| **BREAKING GROUND** | 86/733,794 | **NXT** | 3,854,998; 77/918,577; 86/220,806; 86/220,794; 86/220,779 |
| **BRIAN KENDRICK** | 87219196 | **NXT ROOKIE** | 3,945,854 |
| **BRIE BELLA** | 86/429,950 | **NXT TAKEOVER** | 86/261,560; 86/806,888 |
| **BRING IT TO THE TABLE** | 87295086 | **NXT: ARRIVAL** | 86/189,367; 86/189,609; 86/189,267 |
| **BROCK LESNAR** | 86/925,032 | **ONE NIGHT STAND** | 3,785,401; 3,785,402 |
| **BRODUS CLAY** | 4,712,804 | **OVER THE LIMIT** | 3,949,006; 3,949,007; 4,361,681; 3,945,862 |
| **BUBBA RAY DUDLEY** | 3,620,864 | **PAIGE** | 86/422,215 |
| **CAMP WWE** | 86/579,889 | **PAUL BURCHILL** | 3,720,960 |
| **CARLITO** | 3,971,009; 3,848,416; 3,898,466 | **PIT BULLS** | 3,902,166 |
| **CARMELLA** | 87214280 | **PRIMO COLON** | 3,936,563 |
| **CEDRIC ALEXANDER** | 87214286 | **RANDY ORTON** | 2,957,044; 3,059,530; 3,059,531; 3,059,535 |
| **CELTIC WARRIOR** | 4,863,926; 86/557,265 | **RANJIN SINGH** | 3,720,962 |
| **CENA** | 86/664,519 | **RAW** | 2,396,746; 2,086,903; 4,125,983; 4,804,352; 86/610,604; 87/562,709 |
| **CENATION** | 4,522,307; 4,471,264; 86/383,836; 86/886,605 | **RAW ACTIVE** | 85/626,795 |
| **CHARLOTTE** | 86/925,738 | **RAW TALK** | 87220699 |
| **CHERRY** | 3,632,051 | **REDNECK RECKIN' COMPANY** | 86/533,507 |
| **CHRIS JERICHO** | 2,384,740; 3,924,748; 3,130,651 | **REY MYSTERIO** | 2,972,939; 3,124,385; 3,209,567 |
| **CHRIS MASTERS** | 3,240,451 | **RICH SWANN** | 87214303 |
| **CHRISTIAN** | 4,017,648; 4,358,308; 3,648,789 | **RIC FLAIR** | 4,658,715; 86/824,697; 86/824,704 |
| **CLASH OF CHAMPIONS** | 87067543; 87067524; 87067514 | **RIKISHI** | 2,807,414 |
| **CLEAR WATER PICTURES** | 86/790,672; 86/790,703; 86/790,686 | **RIP 'EM** | 4,580,634 |
| **CO-BRO** | 4,675,801 | **RISE ABOVE** | 86/742,929; 86/742,923 |

Exhibit 1 to Complaint

| MARK | REG/ SERIAL#(s) | MARK | REG/ SERIAL#(s) |
|---|---|---|---|
| | | CANCER | |
| CODY RHODES | 3,696,328 | RISE ABOVE HATE | 86/825,619 |
| COLIN CASSADY | 87/014,026 | ROB VAN DAM | 3,276,175 |
| CONNOR'S CURE | 86/903,969 | ROBBIE MCALLISTER | 3,767,980 |
| CRUISERWEIGHT CLASSIC | 5,084,008; 87/064,203 | ROCKPOCALYPSE | 4,760,711 |
| CRUSH CLOTHING | 85/927,474; 85/927,428 | ROMAN REIGNS | 4,614,890; 86/819,169; 86/819,175 |
| CRUSH COUTURE | 85/909,787 | ROSA MENDES | 86/087,216 |
| CRUSH GEAR | 85/921,244; 85/921,211 | ROYAL RUMBLE | 4,002,779; 3,845,745; 1,972,560; 1,930,440; 2,681,135; 2,618,355 |
| CRUSH WEAR | 85/921,201 | R-TRUTH | 3,720,963 |
| CRYME TYME | 86/724,841 | RUSEV | 4,915,478 |
| CURT AXEL | 4,534,733 | RYBACK | 4,262,738 |
| CURT HAWKINS | 4,047,340 | SAMI ZAYN | 86/626,272 |
| CURTIS AXEL | 4,841,829 | SANTINO MARELLA | 3,676,967 |
| CYBER SUNDAY | 3,478,412 | SASHA BANKS | 86/925,636 |
| DAMIEN SANDOW | 4,809,116 | SATURDAY NIGHT'S MAIN EVENT | 3,832,577 |
| DANA BROOKE | 87/073,846 | SAWFT | 87/238,570 |
| DANIEL BRYAN | 3,933,993; 4,846,724 | SCOTTY 2 HOTTY | 3,107,710 |
| DARREN YOUNG | 3,933,997 | SETH ROLLINS | 4,841,810; 86/763,866; 86/808,287 |
| DAVID HART SMITH | 3,994,401 | SHANE MCMAHON | 3,130,690 |
| DAVID OTUNGA | 3,930,734 | SHAWN MICHAELS | 3,130,643; 3,412,626; 3,230,534 |
| DEAN AMBROSE | 4,470,627 | SHEAMUS | 3,892,393; 86/886,576 |
| DECEMBER TO DISMEMBER | 3,402,365 | SHELL SHOCKED | 86/864,380 |
| DELICIOUS | 3,871,264 | SHELTON BENJAMIN | 3,127,655 |
| DEMON KING | 87138656; 87138642; 87138638 | SHOWTIME PERCY WATSON | 4,143,282 |
| DEUCE | 3,525,025 | SIMON GOTCH | 87073802 |
| D-GENERATION X | 3,728,991 | SIN CARA | 4,440,573; 4,485,548; 4,471,255; 4,384,485 |

Exhibit 1 to Complaint

| MARK | REG/ SERIAL#(s) | MARK | REG/ SERIAL#(s) |
|---|---|---|---|
| **DH SMITH** | 3,828,725 | **SKIP SHEFFIELD** | 3,934,004 |
| **DIVAS OF DOOM** | 4,121,920 | **SKULL KING** | 86/359,823; 86/359,826; 86/360,594 |
| **DOINK THE CLOWN** | 1,994,733 | **SLAMMY** | 2,267,980 |
| **DOLPH ZIGGLER** | 3,923,812 | **SLAYOMI** | 86/392,334 |
| **DOMINO** | 3,525,026 | **SMACKDOWN** | 2,941,520; 2,928,460; 4,052,024; 4,672,593 |
| **DREW GULAK** | 87/214,383 | **SMACKDOWN VS. RAW** | 3,909,934 |
| **DREW MCINTYRE** | 3,933,603 | **SMACKDOWN YOUR VOTE** | 2,625,262 |
| **DUDLEY BOYZ** | 2,889,365 | **SOCIAL OUTCASTS** | 86/916,225; 86/916,215 |
| **D-VON DUDLEY** | 86/925,606 | **SOLID GOLD** | 87094930 |
| **DX** | 3,413,432 | **SPIRIT SQUAD** | 3,464,202 |
| **EARN THE DAY** | 87229693 | **STACK DOWN** | 86/011,478 |
| **EAT SLEEP BREAK THE STREAK** | 86/245,212 | **STARDUST** | 86/422,199 |
| **ECW** | 3,282,316; 2,462,643; 4,679,362 | **STEPHANIE MCMAHON** | 3,130,691; 3,450,782 |
| **ECW ONE NIGHT STAND** | 3,319,727; 3,446,487; 78/549,078 | **STONE COLD** | 3,684,739; 77/291,491 |
| **ECW VIXENS** | 3,584,808 | **STONE COLD STEVE AUSTIN** | 3,659,657 |
| **EDDIE GUERRERO** | 2,966,483; 3,159,940; 3,149,523 | **SUMMER RAE** | 86/090,839 |
| **EDGE** | 4,430,403; 2,649,476; 77/940,892 | **SUMMERSLAM** | 1,884,646; 4,748,785; 2,702,648; 4,052,025; 4,052,026 |
| **ELIMINATION CHAMBER** | 3,878,682; 4,451,591; 4,194,955; 4,094,125; 86/030,095 | **SUNDAY NIGHT HEAT** | 2,363,921 |
| **ENZO** | 87010913 | **SUPERSTAR INK** | 86/813,724 |
| **ENZO AMORE** | 87310864 | **SUPLEX CITY** | 86/581,713 |
| **EPICO** | 87073837 | **SURVIVOR SERIES** | 1,860,719; 1,563,878; 3,013,724; 3,985,965; 77/061,038 |
| **EREBUS PICTURES** | 86/704,216; 86/704,254; 86/704,251; 86/704,269; 86/704,196 | **SWERVED** | 86/579,887 |
| **ERICK ROWAN** | 86/924,968 | **TABLE FOR 3** | 86/813,736 |
| **EUGENE** | 3,024,662; 3,024,663 | **TABOO TUESDAY** | 3,194,947; 87/540,071 |
| **EVA MARIE** | 86/925,623 | **TAMINA SNUKA** | 86/087,198 |

Exhibit 1 to Complaint

| MARK | REG/ SERIAL#(s) | MARK | REG/ SERIAL#(s) |
|---|---|---|---|
| **EVAN BOURNE** | 3,720,967; 4,135,949 | **TAZZ** | 77/288,329 |
| **EVE TORRES** | 86/429,970 | **TEAM BRING IT** | 86/818,377 |
| **EVOLUTION** | 2,885,200 | **TED DIBIASE** | 3,809,219 |
| **EXTREME CHAMPIONSHIP WRESTLING** | 3,614,190; 78/073,881 | **TENSAI** | 4,782,305 |
| **EZEKIEL JACKSON** | 3,933,604 | **THE AUTHORITY** | 86/528,551 |
| **FATAL FOUR WAY** | 3,945,860; 3,959,206; 3,945,863; 4,313,379 | **THE BASH** | 4,071,009 |
| **FCW** | 3,592,664; 85/711,451; 85/895,236 | **THE BIG GUY** | 86/864,365 |
| **FEED ME MORE** | 86/864,345 | **THE BIGGEST PARTY OF THE SUMMER** | 3,321,550 |
| **FESTUS DALTON** | 3,689,882 | **THE BOOGEYMAN** | 86/569,583 |
| **FINLAY** | 3,697,421 | **THE CORRE** | 4,218,593 |
| **FINN BALOR** | 4,899,322 | **THE GAME** | 2,858,755; 86/704,206 |
| **FLORIDA CHAMPIONSHIP WRESTLING** | 3,552,242; 3,727,374; 3,697,278 | **THE GOLD STANDARD** | 3,712,662 |
| **FRIDAY NIGHT SMACKDOWN** | 3,301,799 | **THE GREAT AMERICAN BASH** | 2,109,152; 2,194,671 |
| **FUNKADACTYLS** | 4,495,385 | **THE GREAT KHALI** | 3,420,447 |
| **GLAMAZON** | 3,828,716 | **THE HERO IN ALL OF US** | 87304757 |
| **GLOBAL CRUISERWEIGHT SERIES** | 86/912,043 | **THE HEARTBREAK KID** | 3,568,362 |
| **GOLDEN TRUTH** | 87095709 | **THE HURRICANE** | 2,681,342 |
| **GOLDUST** | 2,129,106; 2,675,279 | **THE MIZ** | 86/001,322 |
| **GORGEOUS GEORGE** | 77/758,976; 77/758,980; 86/846,807; 86/846,818; 86/846,827; 86/912,904 | **THE MONDAY NIGHT WAR** | 4,572,755 |
| **GRAN METALIK** | 87135488; 87135457; 87134942 | **THE NEW DAY** | 4,896,325; 86/901,772; 86/901,785 |
| **HARD HITTING REALITY** | 86/665,408 | **THE REVIVAL** | 86/892,625; 86/892,629; 86/892,624 |
| **HARDCORE HOLLY** | 3,118,011 | **THE ROCK** | 2,514,522; 2,633,988; 2,572,837; 2,572,838; 86/781,167; 86/788,029; 86/806,967; 86/806,924 |
| **HBK** | 3,565,556 | **THE ROCK JUST BRING IT** | 87270318 |
| **HEATH SLATER** | 3,933,991 | **THE UNDERTAKER** | 1,755,782 |

| MARK | REG/ SERIAL#(s) | MARK | REG/ SERIAL#(s) |
|---|---|---|---|
| HE HATE ME | 87192018 | THE WWE EXPERIENCE | 3,442,191 |
| HELL IN A CELL | 4,067,781; 4,074,565; 77/837,247; 3,912,015; 4,158,177 | THE WWE LIST | 86/813,745 |
| HHH | 3,091,120; 3,034,385; 2,841,514 | THEODORE LONG | 4,651,210 |
| HLR | 86/940,545 | TITANTRON | 4,084,430 |
| HORNSWOGGLE | 3,489,434; 3,658,547 | TITUS O'NEIL | 86/087,187 |
| HUNICO | 4,535,705 | TJ PERKINS | 87215088 |
| HUNTER HEARST HELMSLEY | 3,838,295 | TLC: TABLES, LADDERS & CHAIRS | 4,088,347; 4,164,913; 3,875,573; 4,459,369 |
| HUSTLE LOYALTY RESPECT | 3,937,302; 85/923,871; 85/923,831; 86/787,917 | TOO HOT FOR TV | 86/813,705 |
| IMMORTALS | 4,905,922; 86/426,191 | TONY NESE | 87214309 |
| IN YOUR HOUSE | 3,381,509 | TOP ROPE | 4,019,774 |
| INTERCONTINENTAL CHAMPION | 87091198 | TORITO | 4,589,869 |
| IT'S WAY OVER THE TOP | 86/160,847 | TORRIE WILSON | 78/403,211 |
| JAKKED | 4,867,443 | TOTAL DIVAS | 4,696,548; 4,902,232; 85/910,206; 85/910,202; 85/910,201; 85/910,200 |
| JAMIE NOBLE | 3,752,694 | TOUGH ENOUGH | 2,757,458; 4,063,650; 4,580,405; 4,023,271; 86/611,330; 86/611,338 |
| JASON JORDAN | 87/134,931 | TREVOR MURDOCH | 3,752,688 |
| JAZZ | 78/386,106 | TRIBUTE TO THE TROOPS | 3,641,851 |
| JBL | 3,959,446 | TRIPLE H | 2,780,659; 3,003,874; 2,991,990; 2,991,991 |
| JERRY "THE KING" LAWLER | 3,131,928 | TRIPLE THREAT | 2,768,658 |
| JEY USO | 4,096,086 | TWELVE ROUNDS | 3,689,999 |
| JIMMY USO | 4,096,085 | TYLER BREEZE | 86/836,541 |
| JIMMY WANG YANG | 3,570,860 | TYLER REKS | 4,096,082 |
| JINDER MAHAL | 4,535,704 | TYSON KIDD | 4,130,719 |
| JOHN CENA | 2,957,043; 3,169,452; 3,074,517; 3,088,504; 86/787,877; 86/787,885; 86/787,899 | ULTIMATE WARRIOR | 86/883,984; 86/884,027; 86/884,011; 86/883,994; 86/883,968 |
| JOHN MORRISON | 3,648,246; 3,909,942 | UMAGA | 3,420,413 |
| JOHNNY NITRO | 3,481,534 | UNDERTAKER | 1,771,405; 1,771,513; 1,755,482; |

Exhibit 1 to Complaint

| MARK | REG/ SERIAL#(s) | MARK | REG/ SERIAL#(s) |
|---|---|---|---|
| | | | 2,327,493; 1,980,341; 4,744,469; 86/421,791 |
| JTG | 3,684,601 | UNFORGIVEN | 2,576,331; 2,666,552; 2,525,314 |
| JUDGMENT DAY | 2,686,549; 2,621,441; 2,700,343; 4,056,805 | VENGEANCE | 2,978,955; 4,094,162 |
| JUST BRING IT | 86/424,758 | VICKIE GUERRERO | 3,719,034 |
| JUSTIN GABRIEL | 3,933,998 | VICTORIA | 3,130,667; 3,024,639 |
| KAITLYN | 86/087,245 | VIKTOR | 87073814 |
| KALISTO | 86/925,604 | VINCE MCMAHON | 3,303,304 |
| KANE | 2,635,378; 3,261,934; 3,042,739; 87/751,145 | VIPER | 3,938,019 |
| KARL ANDERSON | 87017732 | VISCERA | 3,525,023 |
| KAYFABE | 85/553,175 | VLADIMIR KOZLOV | 3,720,970 |
| KELLY KELLY | 3,658,650 | WADE BARRETT | 3,933,990 |
| KENNY DYKSTRA | 3,752,686 | WARRIOR | 2,299,387 |
| KEVIN OWENS | 86/434,333 | WCW | 3,735,299; 2,964,395; 3,139,777; 3,502,189; 85/896,161 |
| KHARMA | 4,332,384 | WILLIAM REGAL | 3,550,963 |
| KING OF KINGS | 3,584,739; 78/802,596 | WORD LIFE | 3,209,593; 78/434,926 |
| KING OF THE RING | 87119716; 87119708 | WRESTLEFEST | 85/498,360 |
| KNUCKLEHEAD | 4,168,294; 4,168,293 | WRESTLEMANIA REWIND | 4,780,778 |
| KOFI KINGSTON | 3,720,955 | WRESTLEMANIACS | 86/517,906 |
| KONNOR | 87073822 | WRESTLEMANIART | 3,712,674 |
| LANA | 86/925,751 | WWE ACTIVE | 85/764,201; 85/790,729 |
| LANCE CADE | 3,752,687 | WWE ALL STARS | 4,046,290 |
| LAST OUTLAW | 86/569,613 | WWE AUTHENTIC WEAR | 4,045,760 |
| LAYLA | 3,781,553 | WW BASICS | 3,931,181 |
| WWE BATTLEGROUND | 4,622,177; 4,622,178; 4,622,175; 86/016,427; 86/016,416 | WWE NETWORK | 4,632,692; 4,614,127; 4,768,910; 4,621,480 |
| WWE BRAGGING RIGHTS | 4,159,815 | WWE NXT | 4,115,464; 3,945,846; 85/932,497; 86/030,958 |
| WWE BRAWL | 86/222,737; 86/030,074 | WWE PAYBACK | 4,744,095; 4,914,063; 85/860,084 |
| WWE BREAKING POINT | 3,917,665; 3,917,666; 77/744,186 | WWE RIDE ALONG | 86/842,720 |
| WWE CHAMPIONS | 86/787,291 | WWE RIVALRIES | 86/297,911 |

Exhibit 1 to Complaint

| MARK | REG/ SERIAL#(s) | MARK | REG/ SERIAL#(s) |
|---|---|---|---|
| WWE CLASSICS ON DEMAND | 3,981,909 | WWE ROADBLOCK | 86/921,626; 86/923,814; 86/923,825 |
| WWE COUNTDOWN | 4,589,113 | WWE SATURDAY MORNING SLAM | 4,495,592; 85/700,345; 85/696,472; 85/696,481 |
| WWE CULTURE SHOCK | 86/813,697 | WWE SLAM CITY | 4,773,383; 4,594,083; 4,657,055; 85/960,513; 85/960,457 |
| WWE EXTREME RULES | 3,850,887; 4,042,468; 4,042,467; 3,850,888; 4,905,420 | WWE SLAM SHOT | 85/836,836 |
| WWE FAST LANE | 86/433,483; 86/433,461; 86/433,434 | WWE SPOTLIGHT | 85/674,269; 85/671,711; 85/671,360 |
| WWE HALL OF FAME | 4,610,179 | WWE STUDIOS | 3,778,837 |
| WWE IMMORTALS | 86/426,172; 86/426,181 | WWE SUPERCHARGE | 86/090,725 |
| WWE INSIDER | 85/788,235 | WWE SUPERSTARS | 3,871,019; 77/626,294; 86/030,985; 86/030,989; 86/030,995 |
| WWE LEGENDS HOUSE | 4,589,123 | WWE TALKING SMACK | 87123129 |
| WWE LIVEWIRE | 4,466,922 | WWE THE HERO IN ALL OF US | 86/541,526 |
| WWE MAIN EVENT | 4,895,969; 4,495,510; 86/825,628 | WWE TOUGH TALK | 86/813,731 |
| WWE MATCH JUKEBOX | 3,081,964 | WWE UNFILTERED | 86/813,712 |
| WWE MUSIC POWER 10 | 86/813,686 | WWE UNIVERSE | 3,854,270; 3,778,789; 87/781,425 |
| WWE UNLIMITED | 3,081,963 | YES MOVEMENT | 86/189,952 |
| WWESHOP | 86/806,867 | YOSHI TATSU | 4,096,083 |
| WWWYKI | 4,795,795 | YOU CAN'T SEE ME | 3,331,242 |
| XAVIER WOODS | 86/925,614 | ZACK RYDER | 4,047,339 |
| XFL | 85/720,169; 87/509,464 | ZEB COLTER | 86/086,152 |
| Y2J | 86/900,420 | | |
| | | | |
| 3:16 | 87/543,714 | LINCE DORADO | 87/495,153 |
| ABSOLUTION | 87/698,176 | LIV MORGAN | 87/396,540 |
| AKIRA TOZAWA | 87/438,719 | MATT HARDY | 87/495,122 |
| ALEISTER BLACK | 87/462,502 | MICKIE JAMES | 87/495,138 |
| ANDRADE "CIEN" ALMAS | 87/540,058 | MIZ & MRS. | 87/759,981 |
| ARIYA DAIVARI | 87/438,710 | MUSTAFA ALI | 87/429,951 |

Exhibit 1 to Complaint

| MARK | REG/ SERIAL#(s) | MARK | REG/ SERIAL#(s) |
|---|---|---|---|
| **BIG CASS** | 87/420,403 | **NIKKI CROSS** | 87/397,307 |
| **BILLIE KAY** | 87/397,302 | **ONEY LORCAN** | 87/388,779 |
| **BRUISERWEIGHT** | 87/458,744 | **PEYTON ROYCE** | 87/397,295 |
| **BUDDY MURPHY** | 87/396,521 | **PROJECT ROCK** | 87/671,569 |
| **DASH WILDER** | 87/489,129 | **RODERICK STRONG** | 87/388,770 |
| **ELIAS SAMSON** | 87/390,591 | **RUBY RIOT** | 87/397,352 |
| **EMBER MOON** | 87/396,530 | **SAMIR SINGH** | 87/489,185 |
| **ERIC YOUNG** | 87/390,577 | **SCOTT DAWSON** | 87/489,116 |
| **ERICK ROWAN** | 87/398,739 | **SOUTHAW REGIONAL WRESTLING** | 87/381,445 |
| **FOR THE LOVE OF FOOTBALL** | 87/608,831 | **SUNIL SINGH** | 87/489,201 |
| **GURV SIHRA** | 87/438,741 | **THE IRRESISTIBLE FORCE** | 87/759,868 |
| **HARDY BOYZ** | 87/413,496; 87/413,487 | **THE MAHARAJAH** | 87/424,640 |
| **HARV SIHRA** | 87/438,832 | **THE MOST PATRIOTIC SHOW ON TELEVISION** | 87/714,086 |
| **HOHO LUN** | 87/429,959 | **TJP** | 87/431,241 |
| **IMMUNE TO FEAR** | 87/439,039 | **TOMMASO CIAMPA** | 87/540,049 |
| **JACK GALLAGHER** | 87/420,422 | **TYE DILLINGER** | 87/388,738 |
| **JAMES ELLSWORTH** | 87/489,043 | **TYLER BATE** | 87/429,937 |
| **JEFF HARDY** | 87/495,132 | **WESLEY BLAKE** | 87/390,610 |
| **JOHNNY GARGANO** | 87/540,031 | **WWE MIXED MATCH CHALLENGE** | 87/671,348 |
| **KASSIUS OHNO** | 87/388,759 | **WWE ROCKSTARS** | 87/460,177 |
| **KONA REEVES** | 87/390,598 | **WWE STRAIGHT TO THE SOURCE** | 87/751,107 |

Exhibit 1 to Complaint